# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2014

### NO. 03-12-00696-CV

**Daniel Caldwell, Appellant**

**v.**

**Jennifer Garfutt, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on October 15, 2012. We dismiss this appeal for want of jurisdiction to the extent appellant attempts to appeal from the portion of the order holding him in contempt. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment in all other respects. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.